[No. 20738-9-II.    Division Two.    May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES M. HEWITT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00299-1, Leonard W. Kruse, J., entered May 17, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 33803-0-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ANNA MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03586-1, LeRoy McCullough, J., entered December 7, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 35742-5-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. SELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00467-7, Joseph A. Thibodeau, J., entered November 15, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.

[No. 35945-2-I.    Division One.    May 5, 1997.]

COLLINS ELECTRIC CO., *Respondent*, v. SIMPLEX TIME RECORDER CO., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-03648-5, Laura Inveen, J., entered January 6, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Coleman, J.